general guardian for Katherine Nenno, an infant over the age of 14 years.

PER CURIAM. Decree reversed, without costs, and the matter remitted to the surrogate for further action. Held that, while the surrogate properly determined that some person other than the father should be appointed guardian, we think it was not a proper exercise of discretion to appoint Hugh Hubbard, in view of the relations of all the parties interested, and, if a guardian is to be appointed, it should be some person other than the said Hugh Hubbard or the father of the infant.

NESSENIUS v. TOWN OF ROSE. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

NESSENIUS, Appellant, v. TOWN OF ROSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Frank Nessenius, as administrator, etc., against the town of Rose. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

NEWCOMB et al., Appellants, v. BURBANK, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by David B. Newcomb and others against Caleb A. Burbank, individually, etc. E. A. Watson, for appellants. E. D. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW HARTFORD COTTON MFG. CO., Respondent, v. LOWENSTEIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by the New Hartford Cotton Manufacturing Company against Morris Lowenstein and others. No opinion. Order affirmed, with $10 costs and disbursements.

NEWMAN, Respondent, v. BAY RIDGE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by August Newman against the Bay Ridge Dairy Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HERENDEEN MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the New York Central & Hudson River Railroad Company against the Herendeen Manufacturing Company. No opinion. Order affirmed, with costs.

NEW YORK CENT. & H. R. R. CO., Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by the New York Central & Hudson River Railroad Company against Frank J. Moore.

PER CURIAM. Order affirmed, with costs. KRUSE, J., not sitting.

NIAGARA, LOCKPORT & ONTARIO POWER CO., Respondent, v. BRIDGES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by the Niagara, Lockport & Ontario Power Company against Thomas J. Bridges and others, as the town board of Perinton, N. Y., and another. No opinion. Judgment affirmed, with costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 4, 1909.) Action by Ida E. Nickell against Harriet Tracy and another. No opinion. Judgment affirmed, with costs.

NICOLL, Respondent, v. DEITCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Pauline Nicoll against Samuel Deitchman. No opinion. Motion denied, on condition that the appellant perfect his appeal and put the case upon the next calendar of this court; otherwise, motion granted, with $10 costs.

NIEHAUS, Respondent, v. NIEHAUS, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Regina A. Niehaus against Charles H. Niehaus. H. B. Goodstein, for appellant. S. H. Evins, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NIMS et al., Respondents, v. TUPPER LAKE WATER CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Alvin F. Nims and others against the Tupper Lake Water Company. PER CURIAM. Judgment and order affirmed, with costs. SEWELL, J., dissents.

NOONAN, Appellant, v. MANHATTAN RY. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Stephen J. Noonan against the Manhattan Railway Company and another. J. M. Perry, for appellant. J. H. Adams, for respondents. PER CURIAM. Determination affirmed, with $10 costs and disbursements. Order filed. HOUGHTON, J., dissents.

NUNNALLY v. MAIL & EXPRESS CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Florence Nunnally against the Mail & Express Company. No opinion. Motion granted. Order filed.

NUNNALLY, Appellant, v. MAIL & EXPRESS CO., Respondent. (Supreme Court,

Appellate Division, First Department. February 26, 1909.) Action by Florence Nunnally against the Mail & Express Company. G. H. D. Foster, for appellant. C. R. Rose, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

NUNNALLY v. NEW YORKER ZEITUNG PUBLISHING & PRINTING CO. et al. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Appeal from Special Term, New York County. Action by Florence Nunnally against the New Yorker Zeitung Publishing & Printing Company. From an order denying motion to vacate order for the examination of defendant and Charles B. Wolffram, the defendant and Wolffram appeal. Modified and affirmed. See, also, 117 App. Div. 1, 101 N. Y. Supp. 1041. Benno Loewy, for appellants. G. H. D. Foster, for respondent.

PER CURIAM. The order should be modified by striking out the following words: "And the said Charles B. Wolffram is hereby ordered and directed to appear before the justice presiding at Special Term, Part 2, of this court, on the —— day of February, 1909, at 2 o'clock in the afternoon of that day, and give evidence relative to the investigation made by the defendant before publication of the truth of the facts published, and in relation to other similar articles published in defendant's newspapers." As so modified, the order should be affirmed, without costs; the order to fix a date for the attendance of the witness for examination.

O'BOYLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Julia O'Boyle, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

O'BRIEN, Respondent, v. HARVEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Thomas O'Brien against Ellen Harvey, as administratrix, etc. No opinion. Judgment reversed upon law and facts, and new trial ordered before another referee, with costs to appellant to abide event. Held, that the evidence is insufficient to establish plaintiff's claim.

O'CONNOR, Respondent, v. FORTY-SECOND ST., M., ETC., RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Philip O'Connor against the Forty-Second Street, Manhattanville, etc., Railway Company. B. H. Ames, for appellant. L. J. Vorhaus, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent.

O'DAY, Respondent, v. LAPHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Patrick O'Day against G. Frank Lapham. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. with $10 costs to abide event.

OELSNER, Respondent, v. NASSAU LIGHT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Rudolph Oelsner against the Nassau Light & Power Company. No opinion. Motion denied, with $10 costs.

OLSHAN, Respondent, v. OLSHAN, ·Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Bella Olshan against Samuel Olshan. No opinion. Order affirmed with $10 costs and disbursements.

O'MALLEY et al., Respondents, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley, individually, etc., and others, against George R. Adams and another, as executors, etc. No opinion. Judgment and order unanimously affirmed, with costs.

O'MALLEY et al., Respondent, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley and another against George R. Adams and another, as executors, etc., of Emma E. Adams, deceased, and others. No opinion. Motion denied. ·

O'MALLEY et al., Respondents, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Martha J. O'Malley, individually, etc., and others, against George R. Adams and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements.

OPPENHEIMER v. BARNETT et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Henry Oppenheimer against Mary Barnett and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

OPPENHEIMER, Respondent, v. BARNETT et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Henry Oppenheimer against Mary Barnett and others. A. G. McLaughlin, for appellants. E. A. Alexander, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

In re PAGE. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of Emmett D. Page for a peremptory writ of mandamus. No opinion. Order affirmed, with $10 costs and disbursements.